UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JAMISON,<br><br>          Petitioner,<br><br>   v.<br><br>S. SHERMAN,<br><br>          Respondent. | No. 2:14-cv-0755 CKD P<br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

      Examination of the request to proceed in forma pauperis reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis will be granted. 28 U.S.C. § 1915(a).

      Petitioner has filed his petition for writ of habeas corpus on the form required by this court. However, the form is mostly incomplete. Good cause appearing, the petition before the court will be dismissed. Petitioner will be given leave to file an amended petition on the form to be provided by the Clerk of the Court. This action will be dismissed if the form provided by the Clerk is not filled out completely and accurately by petitioner.

/////

/////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis (ECF No. 2) is granted.

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order.

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. The form must be filled out completely and accurately, must bear the case number assigned to this action and must bear the title "Amended Petition."

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application by state prisoners.

Dated: March 27, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

[1] jami0755.115